**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

The State, Respondent,

v.

Jeremiah Fitzgerald Belton, Appellant.

Appellate Case No. 2015-002423

_____

Appeal From Charleston County
Kristi Lea Harrington, Circuit Court Judge

_____

Unpublished Opinion No. 2018-UP-017
Submitted November 1, 2017 – Filed January 10, 2018

_____

**APPEAL DISMISSED**

_____

Appellate Defender Susan Barber Hackett, of Columbia,
and Jeremiah Fitzgerald Belton, pro se, for Appellant.

Attorney General Alan McCrory Wilson and Deputy
Attorney General Donald J. Zelenka, both of Columbia,
for Respondent.

_____

**PER CURIAM:** Dismissed after consideration of Appellant's pro se brief and review pursuant to *Anders v. California*, 386 U.S. 738 (1967). Counsel's motion to be relieved is granted.[1]

**APPEAL DISMISSED.**

**LOCKEMY, C.J., and HUFF and HILL, JJ., concur.**

---

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.